IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

HAROLD COBURN,                          :

    Plaintiff,                      :

vs.                                     :     CIVIL ACTION 06-00110-BH-B

JOHN E. BRANTLEY,                       :

    Defendant.                      :


### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. § 1915 (e)(2)(B)(I).

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the Report and Recommendation the recommending dismissal of this action as frivolous, of this Order adopting the Report and Recommendation, and of the Judgment dismissing this action as frivolous.

**DONE** this 4th day of December, 2007.

                                                                 s/ W. B. Hand
                                                      SENIOR DISTRICT JUDGE